# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVSION

| | |
|---|---|
| Ozzy Venegas,<br><br>    Plaintiff,<br><br>vs.<br><br>Navient Solutions, LLC,<br><br>    Defendant. | Case No.: 8:18-cv-01224-JVS-ADS<br>**ORDER** |

Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date: January 11, 2019

_____
Judge: James V. Selna